Certificate Number: 06531-PAM-DE-034594318

Bankruptcy Case Number: 20-01585


06531-PAM-DE-034594318

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 24, 2020, at 7:08 o'clock AM CDT, Gabriel A Curry completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 24, 2020    By: /s/Stephanie Kjetland

Name: Stephanie Kjetland

Title: Credit Counselor