# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br> GABRIEL A. CURRY <br><br> **Debtor(s)** <br> TOYOTA MOTOR CREDIT CORPORATION <br><br> **Plaintiff(s)/Movant(s)** <br> vs. <br> GABRIEL A. CURRY, and <br> JACK N ZAHAROPOULOS, Trustee <br> , <br><br> **Defendant(s)/Respondent(s)** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER  13 <br><br> CASE NO.  1 - 20 -bk- 01585-HWV <br><br><br> ADVERSARY NO. __-__ -ap-_____ <br> (if applicable) <br><br><br><br> Nature of Proceeding: Motion for <br> Relief from Automatic Stay <br><br><br><br> Document #: 36 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Movant requests a Two (2) Week continuance of the Motion for Relief from Stay Hearing scheduled for Tuesday September 21, 2021 at 9:30 AM to allow for time to confirm the receipt of Trustee payments

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 17, 2021

/s/ Keri P. Ebeck

Attorney for Toyota Motor Credit Corporation

Name: Keri P. Ebeck

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, other Motion to Continue must be filed.