# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** GABRIEL A. CURRY, | : | CHAPTER 13 |
| | : | CASE NO. 1-20-bk-01585-HWV |
| **Debtor(s)** TOYOTA MOTOR CREDIT CORPORATION, | : | ADVERSARY NO. __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. GABRIEL A. CURRY, and JACK N ZAHAROPOULOS, Trustee, | : | Nature of Proceeding: Hearing re: Motion for Relief from Automatic Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 39 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Parties are currently in the process of resolving the Motion for Relief from Stay filed by Toyota Motor Credit Corporation and agree to request a continuance from this Honorable Court of the hearing currently scheduled for Tuesday October 19, 2021.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 13, 2021

/s/ Keri P. Ebeck

Attorney for Toyota Motor Credit Corporation

Name: Keri P. Ebeck, Esq.

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.